

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

SARA F. HOLLAND
Special Assistant U.S. Attorney
300 Ala Moana Boulevard, Box 50183
Honolulu, Hawaii 96850
Telephone: 438-6730

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Number: CR02 00020 |
| Plaintiff, ) | |
| ) | |
| vs. ) | Citation Number: A792608/H10 |
| ) | |
| TRAY M. KOPKE, ) | Hawaii Revised Statute 291-4 |
| ) | |
| Defendant. ) | A&P Date: January 22, 2002 |

INFORMATION

The United States Attorney charges:

That, on or about November 30, 2001, on Schofield Barracks, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, TRAY M. KOPKE, Defendant herein, unlawfully operated or assumed actual physical control of the operation of a vehicle while under the influence of intoxicating liquor and operated or assumed actual physical control of the operation of a vehicle with .08 or more grams of alcohol per one hundred milliliters of blood or per two hundred ten liters of breath.

All in violation of Hawaii Revised Statute 291-4, a federal offense pursuant to 18 U.S.C. 13, Assimilative Crimes Act.

DATED: Honolulu, Hawaii, January 17, 2002

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
SARA F. HOLLAND
Special Assistant U.S. Attorney

U.S. v KOPKE
Citation Number: A792608/H10
INFORMATION